**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Keith E. BRYANT, Defendant— Appellant.**

No. 12–6283.

United States Court of Appeals, Fourth Circuit.

Submitted: May 24, 2012.

Decided: May 31, 2012.

Keith E. Bryant, Appellant Pro Se. James G. Warwick, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith E. Bryant appeals the district court orders denying his motion for appointment of counsel and for DNA testing under 18 U.S.C. § 3600 (2006), and for reconsideration of these demands. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bryant v. United States,* No. 1:95–cr–00202–CCB–3, 2010 WL 5185794 (D. Md. Dec. 15, 2010); (Jan. 19, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*